COMPLAINT

U3,775-21

TO HONORABLE JOHN F. ONION JR (SENIOR RETIRE JUSTICE)

2500 BARTON CREEK BLVD.

AUSTIN, TEXAS 78735-1400

This document contains some pages that are of poor quality at the time of imaging

RECEIVED IN COURT OF CRIMINAL APPEALS

Acosta, Clerk

RECEIVED IN COURT OF CRIMINAL APPEALS

8-17-2015

SEP 08 2015

HON. ONION, (SITTING BY ASSIGNMENT TO CASE (S), SEE, STATE V. BLANKENSHIP. 170 SW3d 676, 679, 684 [13] (TEX. APP. AUSTIN 2005).

DEAR SIR, ENCLOSED IS EX PARTE COOPER 589 SW2d 130 (TEX. CR. APP. 1979) ENBANC WHICH HAS NOT BEEN OVER RULE EXH. A1A

I WAS CHARGED BY GPD # 2010-13986 COMPLAINT FILED ALLEGEDLY IN J.P. NO.1 GALVESTON, TEX.

BASED OFF, FABRICATED GPD # 2010-13986 CHIEF REPORT FILED BY C. GARCIA III.

SEE A3-A4 I KNEW THERE WAS NO SUCH FILING IN THAT J.P. NO.1, WHEN I CONFRONTED THE J.P. MAG. ABOUT SIGNING OR WRITING HIS NAME ON SOMETHING, BECAUSE OTHER INMATES WHO'S COMPLAINT'/WARRANT' I SEEN IN MY JAIL SECTION WRITING IS NOT THE SAME AS ON MY COMPLAINT AND

MY ARREST WARRANT, THEN SINCE 2010-2014, THE J.P. CT. FAILED TO REPLY TO MY LETTERS TO BY A CERTIFIED COPY OF MY COMPLAINT / WARRANT FOR 4-22-2010 (ART. 15.26).

NO REPLY, SO I SENT MY MOTHER. SEE, A3-A4.

SEE, EXH. A5-A6, WHERE THESE ATTY'S FILES BAD FAITH PLEADING ONCE I FILED A3-A4.

THESE ATTY'S / GARCIA KNOWS NO SUCH COMPLAINT WAS FILED IN J.P. NOR SIGNED BY JIM SCHITEZER, SOMEONE FORGED THAT COMPLAINT / WARRANT.

THESE ATTY'S KNEW THAT SUCH COMPLAINT IS FOREVER OF PUBLIC RECORD Id. 15.26.

SEE, A7A-A7B, STATE' REPLY TO ISSUE NO. 3 (01-11-00822 CR APPEAL).

THIS BAD FAITH FALSE REPLY BY HIRED (ATTY) SPECIAL PROSECUTOR, ALLEN C. ISBELL WAS DONE TO CHANGE THE OUT COME TO EXTEND MY UNLAWFUL EMPRISONMENT. SEE, STATE v. ZORRICHA 404 SW3d 734 736 (TEX. APP. SAN ANTONIO 2013), CITING REYES v. STATE (1ST DIST. 1982

IN MR. ESBELL WAS THE DEFENDANT'S APPEAL ATTY. AND A ART. 15.04-15.05 COMPLAINT COMPLIED WITH ART. 1.23 USED TO CHARGE REYES FN1.

SEE, ZARRILLA 737 N2 CITING 45.018-45.019.

THE APPEAL COURT CLEARLY RAISED AN ARGUMENT NOT RAISED ABOUT GRD 2010-13986 SEARCH AFFIDAVIT JAN. 4, 2011 FILED WITH 405 DIST. CT. WAYNE MALIDA.

MY BRIEF / FROM TRIAL COURT ALONG WITH STATE WAS RELATED TO THE 4-22-2010 GRD# 2010-13986 CHARGING INSTRUMENT THAT WAS INVALIDATED FAILED TO COMPLY WITH 45.018(a), 45.019(a)(2)(4)(1), SEE NIX v. ST. 65 SW3d 664, 664, 668 (TEX. CR. APP. 2001).

MY COMPLAINT WAS (ALLEGEDLY) FILED IN J.P. NO. 1.

EVEN IF IT WAS TRUE THAT IT WAS FILED UNDER 15.04 15.05, IT' STILL VOID FOR NOT COMPLYING WITH ART. 1.23, 15.05(a)

SEE, A8, P.14 7-30-2013. VOID JUDGMENT ON ISSUE NO. 3 THE ARREST. IN CR. ART. 45.019 (a)(2)(7)

3

EST. AFFIDAVIT USED TO CHARGE AND INDICT ME WITH AS VIDOWIT-TED BY GIN. CO. CHIEF (FORMER) A.D.A. TRIAL JUDGE COX. ALSO R.R. VOL. 5 of 9 P. 177.

THE APPEAL COURT COULD NOT OR RE-VIEWED THIS ISSUE OR INTENTIONALLY TURNED A BLIND EYE TO IT AND ALL THE EXHIBIT' CASE LAWS ATTACHED ARGUMENT, ETC. BY ME TO THE PANEL. THEIR VOID JUDGMENT ON 7-30-2013 ON ISSUE NO 3 CLEARLY CONFLICTS WITH THE LAW/ PRESIDENT' SXPARTE COOPER, AIA NIX, COV 4, COV 8, SUPREA. ART. 1.23.

SEE. EXH 'A9-A17, NO COURT NOT EVEN THE T.C.C.A. MADE LEGAL CONCLUSIONS ON THIS ISSUE. SEE. ART. 11.07's AND TON OF EXHIBIT' 10CR1217-83-2, 10CR1217.83-3 10CR1217.83-4, 10CR1217.83-5 MOTION OF INNOCENCE 12-13-2014 A18-20 FROM ALLEGE VICTIM. 10CR1217-83-6, 10CR-1217-83-7.

THE DET. H. JOHNSON FALSELY TESTIFIED TO THE JURY EXH. A13 HER ARREST AFFIDAVIT COMPLIED WITH T.C.C.P.

1.23 (1) ART 45.018(a)-45.019(a)(2)(7)
SEE. 4-22-2010 COMPLAINT A13.

SEE. A21, THIS PUD ON 3-9-2010 SHE
NEVER STATED SHE HAD SEX WITH
ME OR ANYONE ON 2-26-27-2010 ON
A MATRESS ON THE FLOOR, NO DID SHE
STATE SHE SEEN ME ON I.d. DATE.
THE MAG. (ALLEGED) THAT SIGNED
THE 4-22-10 DOCUMENTS INFERED THAT
2-26-27-10 EVENTS OCCURED.

SEE A21 3-10-10 NO DATE/TIME PUD
FROM MOTHER ONE DAY AFTER JAMIE's
SHE REFERS TO M. JOHNSON, STATE A LOW
MAG ESTIMATE.
THAT IT DOES NOT MAKE IT TO 2-19-
27-2010 FN2, FOR ANY OF THESE SO
CLAIM EVENTS TO OCCURE IN OUR LIFE
TIME TIME IN 2010 YOUT IT MAKES IT
TO 2-14-16-2010. SEE A18.

SEE A18, SEE A22-23 WHERE ALLEGE
2-26-27-2010 VICTIM WAS LIAR CHARGE
AND (UNLAWFULLY) ARRESTED BECAUSE
SHE SKIPPED TRIAL AND REFUSE TO
LIE (GPR# 2010 13986) FOR THE STATE.

FN2. GPR# 2010 12135, 2010 13714, 2010 13986

5

SEE, GALVESTON DAILY NEWS PAPER FOR AUGUST 6, 2011 CONVICTION.

SEE, Id. NEWS PAPERS 9-29-2012, 10-3-2012 TWO OF 3 TRIAL (10CR1211) "A.B.A" FIRED/RELEASED CAUGHT IN ANOTHER CASE.

SEE, EXH. A 24-29, SEE. A29 (21-22) FALSE TESTIMONY BY COUNSEL AND GARCIA III

SEE, A13, WHICH REBUTS Id. A29. (21-22) FN3

THE COURTS/ COURT OF CRIMINAL APPEALS HAS SENT A BAD MESSAGE THAT THEY'LL COVER UP FOR THE STATE/ AGENTS TO CONTINUE UNLAWFUL, ILLEGAL FALSE IMPRISONMENT OF A TAXPAYER IN A LOCAL NO. 20, PORT SIDE PAPRESSING AND COLLEGE STUDENT INCARCERATION AND DISCRIMINATE AGAINST THE PRO SE LITIGANT, WHO MET KINNEY V. STATE, SW2d 261, 264 (TX. APP. 14 DIST. 1994) WHO PRESENTED ARGUMENT, STATUTES, EXH-IBITS AND AUTHORITY.

ENC. A13

*Thomas*

8-17-2015

C

NEWLY OBTAINED (7-27-15)
EVIDENCE WHICH REFUTES
THE 1ST COURT OF APPEALS, AND
C.C.A. SPECIAL PROSECUTOR
AND SUPPORT GRANTING MY
ART. 11.07, UCCR1317-83-3, 4, 7

SEE STATE REPLY TO 11.07 GREGG
COUNTY TEXAS EXH. A30-A37, SPECI-
CIALLY A32, WHERE THE STATE AD-
MITS (AGREE'S) THAT ART. 45.019 REQ-
UISITES APPLY TO ARREST WARRANT
45.018(a) END.
SEE, A36(8) FINDING OF FACTS AND CON-
CLUSIONS OF LAW BY THE 11.07 TRIAL
COURT AGREEING WITH ME.
THE ACTS OF DENYING MY APPEAL/
ISSUE 3, AND 11.07 SUPRA.
WAS COGNIZABLE, SEE, STATE v. BLANK-
ENSHIP 676, 679, 684 [13] (TEX APP.
AUSTIN 2005), WHERE YOU STATE BY ASS-
IGNMENT AND AT ID. 684, STATED
THE STATE IS BURDEN WITH ART. 45.019
END. WRIT # 40,789-13-H-2 TRANSMITTED 7-27-15
AND SEARCH WARRANT FILED IN MAN'S
J.P. COURT IN TX.

1

(REQUISITES 45.019(b)(2)(7)) UNTIL
A LEGISLATIVE REVISION OCCURS.
(HON. JOHN F. ONION)
show flaw 8/7/5
A COPY OF BOTH PLEADING SENT
TO CHIEF JUSTICE SHARON KELLER
WHO TURNED A BLIND EYE TO
OTHER MAILINGS.

§ §§ EXH. A38 - A43, IN RE HON,
JONES 55 SW3d 243.

2